UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Shavon Jackson,

    Defendant
_____/

Criminal No. 21-mj-30177

**MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT**

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

Respectfully submitted,

Saima S. Mohsin
Acting United States Attorney

*s/John K. Neal*
John K. Neal
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
john.neal@usdoj.gov
(313) 226-9644

Dated: May 7, 2021

**IT IS SO ORDERED.**

**s/Kimberly Altman**
Kimberly G. Altman
United States Magistrate Judge

Entered: 5/7/2021